FILED

03/14/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0157



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0157

THERESA WALKER,

     Petitioner,

v.

STATE OF MONTANA DEPT OF PUBLIC
HEALTH AND HUMAN SERVICES
AND CAPT BRAGG, LEWIS AND CLARK
COUNTY SHERIFF

     Respondents.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

     Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

     DATED March 14, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court